```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                    CASE NO. 06 B 17303
  ERIC THOMAS
  TASHA R THOMAS                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2173    SSN XXX-XX-3176

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/29/2006 and was not confirmed.

    The case was dismissed without confirmation 06/20/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MORTGAGE SERVICES | MORTGAGE ARRE | 10115.90 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 4302.25 | .00 | 1358.82 |
| NUVELL CREDIT CORPORATIO | SECURED VEHIC | 3238.50 | .00 | 975.41 |
| ILLINOIS DEPT OF PUBLIC | DSO ARREARS | NOT FILED | .00 | .00 |
| PATRICE LIGHTFOOT | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1399.03 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ADT SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| AES/NCT | UNSECURED | NOT FILED | .00 | .00 |
| AFFORDABLE FURNITURE | SECURED | 50.00 | .00 | 50.00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAC FINANCIAL GROUP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 65.00 | .00 | .00 |
| CHASE RECIEVABLES | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO WOMENS HEALTH CA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 95.78 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 985.51 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 700.00 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 864.63 | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DRS/BONDED SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| F&W LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 436.12 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | NOTICE ONLY | NOT FILED | .00 | .00 |
| MERCY PHYSICIAN BILLING | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 1234.46 | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NES IDAP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NW COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| TRS CIGPF1CORP | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | 187.00 | .00 | .00 |
| NUVELL CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| PATRICE LIGHTFOOT | UNSECURED | 378.00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP | SECURED | 9157.60 | .00 | 1017.52 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1137.15 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1206.16 | .00 | .00 |
| VECTOR MARKETING CORP | UNSECURED | 611.40 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 184.48 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 348.79 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 230.35 | .00 | .00 |
| ECMC | UNSECURED | 81286.36 | .00 | .00 |
| AFFORDABLE FURNITURE | UNSECURED | 480.00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 453.44 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 594.45 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,300.00 | | 2,300.00 |
| TOM VAUGHN | TRUSTEE | | | 392.51 |
| DEBTOR REFUND | REFUND | | | 355.74 |

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 17303 ERIC THOMAS & TASHA R THOMAS

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 6,450.00  |               |
|                      |           |               |
| PRIORITY             |           | .00           |
| SECURED              |           | 3,401.75      |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 2,300.00      |
| TRUSTEE COMPENSATION |           | 392.51        |
| DEBTOR REFUND        |           | 355.74        |
|                      | --------------- | --------------- |
| TOTALS               | 6,450.00  | 6,450.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 10/25/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  3
CASE NO. 06 B 17303 ERIC THOMAS & TASHA R THOMAS